FILED
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO SIERRA-CARDENAS (1),<br>EDUARDO LUIS SIERRA (2),<br><br>Defendants. | Criminal Case No. 07CR3247-JAH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of methamphetamine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony); Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

Count 1

On or about November 1, 2007, within the Southern District of California, defendants ALFREDO SIERRA-CARDENAS and EDUARDO LUIS SIERRA, did knowingly and intentionally import approximately 8.90 kilograms (19.58 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

//

//

//

//

DDL:rp:San Diego
11/16/07

Count 2

On or about November 1, 2007, within the Southern District of California, defendants ALFREDO SIERRA-CARDENAS and EDUARDO LUIS SIERRA, did knowingly and intentionally import approximately 1.2 kilograms (2.64 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 12/4/07.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney