AO 455 (Rev. 5/85) Waiver of Indictment

FILED
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

ALFREDO SIERRA-CARDENAS

**WAIVER OF INDICTMENT**

07CR3247-JAH

CASE NUMBER: 07MJ2586

I, ALFREDO SIERRA-CARDENAS, the above-named defendant, who is accused of committing the following offenses:

Count 1: Importation of methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Count 2: Importation of cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 12/4/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer