FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALFREDO SIERRA-CARDENAS (1),

Defendant.

CASE NO. 07CR3247-JAH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: TITLE 21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE (FELONY); TITLE 21 USC 952 AND 960 - IMPORTATION OF COCAINE (FELONY); TITLE 18 USC 2 - AIDING AND ABETTING (FELONY)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 11, 2007

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ENTERED ON 12/11/07