# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Alfredo Sierra-Cardenas (1) )

CASE NUMBER 07CR3247-JAH

ABSTRACT OF ORDER

Booking No. 05384298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 12-11-07

the Court entered the following order:

X Defendant be released from custody. (as to this dft only)

______ Defendant placed on supervised / unsupervised probation / supervised release.

______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

______ Defendant released on $______ bond posted.

______ Defendant appeared in Court. FINGERPRINT & RELEASE.

______ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

______ Defendant sentenced to TIME SERVED, supervised release for ______ years.

______ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

______ Bench Warrant Recalled.

______ Defendant forfeited collateral.

X Case Dismissed. (as to this dft only)

______ Defendant to be released to Pretrial Services for electronic monitoring.

______ Other.______

CATHY ANN BENCIVENGO

UNITED STATES MAGISTRATE JUDGE

OR

Received [signature]
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

Crim-9 (Rev 6-95)

U.S. GPO: 1996-783-398/40151

CLERKS' COPY